

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ALLISON PATRICK                                                              PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:04CV408WS

PAY LESS RENT TO OWN, INC.
AND JOHN DOES                                                              DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This day, this cause came to be heard on the Agreed Motion of the parties to dismiss this action with prejudice, and the Court, having considered the Motion and being advised that the parties have agreed to dismiss this claim with prejudice, finds that the Motion is well taken and should be sustained.

It is, therefore, ordered and adjudged that this litigation is hereby dismissed with prejudice, that all of the Plaintiff's claims against the Defendant are dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this 27th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

Approved:

_____          _____
BRENT HAZZARD, ESQ.                                     WILLIAM M. VINES, ESQ.
Attorney for Plaintiff                                             Attorney for Defendant